IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,
        Plaintiff,

vs.                                                    Case No. 8: 20-cr-330-MSS-NHA

ALEXIS GONZALEZ RODRIGUEZ,
        Defendant.

_____/

JAVIER MONSERRATE,

        Intervenor.

_____/

## INTERVENOR'S MOTION TO UNSEAL
### LIMITED SEALED PORTION OF SENTENCING TRANSCRIPT (DE- 93)

Intervenor, Javier Monserrate, pro se, pursuant to Rule 49.1 of the F.R.Cr.P., moves to be permitted to intervene in this case for the sole purpose of being heard on his "Motion to Unseal Limited Sealed Portion of the Sentencing Transcript of Defendant Alexis Gonzalez Rodriguez (DE- 93 ) and states as follows:

1. I am a defendant in a separate federal criminal case in this District in United States vs Monserrate, Case No: 8:18-cr-597-TPB-JSS Defendant Gonzalez testified for the Government as a cooperating witness against me before his sentncing in this case.

2. On July 21, 2026, Tara J Hess, Official Court Reporter, advised me that the sentencing transcript for Defendant Rodriguez's sentencing hearing is twenty-two (22) pages, but approximately 5 pages are under seal. Thus, those 5 pages will be redacted.

3. Reporter Hess quoted a price of \$96.80 for the redacted version of the transcript. See Court Reporter's Letter, Exhibit-A attached.

4. The sealed portion is believed to contain the Government's discussion of Defendant Rodriguez' cooperation benefits, such as Rule 35, USSG §5K1.1 or other additional compensation for his cooperation for the Government in my case and/or other cases in which he cooperated. Such information was used to reward his testimony in my case and therfore should be produced under <u>Giglio v United States</u>,405 U.S. 150 (1972) and <u>Brady v. Maryland</u>.

5. This and any other relevant information is direly needed to support my Motion to Vacate pursuant to 28 USC §2255. I cannot reasonably nor meaningfully litigate my §2255 claim that the Government failed to disclose the full extent of witness Rodriguez's benefits, rewards and any other compensation or promises made by the Government in any form, without examining the forgoing benefits and examining any Government profferred support for leniency or other gratuity on behalf of witness Rodriguez that should have been disclosed under <u>Giglio</u> and <u>Brady</u>.

WHEREFORE, it is respectfully requested that the Court grant permission to intervene; and grant the motion to unseal the 5 pages of redacted transcript. Alternatively, Intervenor requests that the Court review the 5 pages <u>in camera</u> and release such p ages as the Court determines to be just and fair in these circumstances, or grant such additional relief as to the Court find just.

- 2 -

Respectfully Submitted,

_Javier M Vazquez_
Javier Monserrate Vazquez
Reg. No. 71531-018
FCC Coleman LOW
P O BOX 1031
Coleman, Florida 33521
Dated: July 27, 2026

## CERTIFICATE OF SERVICE

This will Certify that I have mailed the original of the forgoing to the Clerk of Court for USDC for the MDF, Tampa Division, at 801 N. Florida Ave. Tampa, Florida 33602, and a copy of the forgoing to the U.S. Attorney's Office, 400 N. Tampa Street, Suite 3200, Tampa, Florida 33602, by first class mail and depositing same in the immate-prisoner's mailbox at FCC Coleman Low prison facility on this 27th day of July, 2026.

_Javier M. Vazquez_
Javier Monserrate Vazquez
(See address above)

Send Under Certified Mail No. ___9589 0710 5270 3969 2686 79___

- 3 -

Tana J. Hess, CRR, RMR, FCRR
U.S. District Court Reporter
United States District Court
Middle District of Florida
793 Grand Arbor Way
Plant City, FL 33565

July 21, 2026

Javier Monserrate
Reg. #71531-018
PO Box 1031
Coleman, FL 33521

Re:  USA v. Alexis Gonzalez Rodriguez, Case No. 8:20-cr-330-MSS-NHA
     Sentencing Hearing held 11.8.2023

Dear Mr. Monserrate:

I am in receipt of your letter dated July 13, 2026 requesting the sentencing transcript in the above case.  I estimate this transcript to be 22 pages.  I have enclosed an invoice for said transcript.

Be advised that part of this hearing (approximately five pages) are under seal, and the transcript will be redacted, and you will not be able to read that portion.

If you still want this transcript prepared, please provide payment in the exact amount of $96.80 in the form of a check or money order, made out to me, at the address provided at the top of this letter.  There are also three optional electronic payment methods listed on my invoice.  As soon as payment is received, the 30 days will begin to run, and you can expect the transcript to be completed 30 days from the date I received payment.  I will mail the completed transcript to you at the most current address I have available.

If I do not hear from you at the above address, I will assume you do not wish to have this transcript prepared.  Thank you.

Sincerely,

*Tana J. Hess*

EX-"A"