

Javier Monserrate Vazquez
Reg. # 71531-018 UNIT B-2
FCC Coleman (Low)
P.O. Box 1031
Coleman, FL 33521

Clerk of Court
801 N. Florida Ave.
Tampa, FL 33602

CERTIFIED MAIL

9589 0710 5270 3969 2686 79

Screened by USMS

LEGAL MAIL

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

