8/24/26.

Who may this concern:

AUG 28 2026 AM11:20
FILED - USDC - FLMD - TPA

I send this letter a month ago with the tracking number: 9589 0710 5270 3969 2686 79 to the following address, 801 North Florida Ave. Tampa FL 33602. I have had my family Follow up with this letter and track the letter, It has been at the same location for one month without moving forward the above address. This letter is to inform the U.S. District Court Office of the Clerk of the reason for delay, and to inform the Clerk that I have sent a second copy of this document with tracking number: 9589 0710 5270 3969 21. Thank You

Javier Monserrate

Javier M. Vázquez