Javier Monserrate Vazquez
71531-018 UNIT B-2
FCC Coleman (Low)
P.O. Box 1031
Coleman, FL 33521

CERTIFIED MAIL®

TAMPA FL 335
SAINT PETERSBURG FL
25 AUG 2026 PM 8 L

9589 0710 5270 3969 2689 21

Office of the Clerk
801 N. Florida Ave.
Tampa, FL 33602

Screened by
USMS

FOREVER / USA

33602-384999

LEGAL MAIL

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE