UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SEP 28 2026 PM1:54
FILED - USDC - FLMD - TPA

UNITED STATES OF AMERICA
Plaintiff

V. CASE No. 8:20-CR-330-MSS-NHA

ALEXIS GONZALEZ RODRIGUEZ
Defendant

INTERVENOR'S MOTION FOR RULING ON
PENDING MOTION TO UNSEAL

Intervenor, Javier Monserrate, pro se, respectfully moves this Court for a ruling on his previously filed Intervenor's Motion to Unseal Limited Sealed Portion of Sentencing Transcript, DE. 92, and states:

1. On August 25, 2026, Intervenor mailed his Motion to Unseal Limited Sealed Portion of Sentencing Transcript, which was subsequently docketed as DE. 92. requesting access to approximately five pages of the transscript of the November 8, 2023 sentencing hearing that the court reporter advised are under seal.

2. DE. 92 remains pending, and, as of the filing of the Motion, Intervenor has not received an order or ruling disposing of that motion.

3. The sealed portion of the transript may contain information relevant to Intervenor's efforts to investigate and litigate claims concerning the cooperation, benefits, consideration, or other assistance provided to cooperating witness Alexis Gonzalez Rodriguez, including matters potentially relevant to a motion under 28 U.S.C. §2255.

4. Intervenor respectfully requests that the Court rule on DE. 92. If the Court determines that the sealed material should not be released directly, Intervenor alternatively requests that the Court conduct an in camera review and determine whether any portion may properly be disclosed.

WHEREFORE, Intervenor respectfully requests that this Court enter a ruling on DE. 92, and grant such other and further relief as the Court deems just and proper.

Respectfully submitted,

Javier Monserrate Vazquez
Reg. No. 71531-018
FCC Coleman Low
P.O. Box 1031
Coleman, FL 33521

CERTIFICATE OF SERVICE

This will Certify that I have mailed the original of the foregoing to the Clerk of the Court for the United Sates District Court, Middle District of Florida, Tampa Division, at 801 N. Florida Ave., Tampa, Florida 33602; and a copy of the foregoing to the U.S. Attorney's Office, 400 N. Tampa Street, Suite 3200, Tampa, Florida 33602, by first class mail and depositing same in the inmate/prisoner's mailbox at FCC Coleman Low prison facility on the signed date.

Dated: 9/23/26

Javier M. Vázquez
Javier Monserrate Vazquez

Send Under Certified Mail.
No. 9589 0710 5270 2056 5992 07

9589 0710 5270 2056 5992 07