Javier Monserrate Vazquez
#71531-018 Unit B-?
FCI Coleman (Low)
P.O. Box 1031
Coleman, FL 33521

**CERTIFIED MAIL®**

TAMPA FL 335
24 SEP 2026 PM 5 L

9589 0710 5270 2056 5992 07

Screened by USMS

Clerk of Court
United States District Court
801 N. Florida Ave.
Tampa FL. 33602




33602-380099

LEGAL MAIL

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE